**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WASHOE COUNTY, a political subdivision of the State of Nevada,<br><br>   Plaintiff,<br><br>   v.<br><br>LOUIS DEJOY, *in his official capacity as Postmaster General of the United States*, and the UNITED STATES POSTAL SERVICE,<br><br>   Defendants. | Case No. 3:24-cv-00224-ART-CSD<br><br>**ORDER GRANTING**<br><br>**Motion to Admit Government Attorney to Practice in the District of Nevada for the Duration of Attorney's Government Employment** |

Pursuant to LR IA 11-3, the United States of America respectfully requests that the Court admit Government attorney John Robinson to practice in the District of Nevada for the above-captioned case and in all matters in this district during his period of employment by the United States. Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Mr. Robinson is an attorney with the United States Department of Justice, Civil Division, an agency of the federal government, and is a member in good standing of the bar of the District of Columbia (#1044072). Mr. Robinson's contact information is as

follows:

>John Robinson
>Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>1100 L Street NW
>Washington, D.C. 20005
>Phone: (202) 616-8489
>Email: john.j.robinson@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit John Robinson to practice in the District of Nevada for the duration of his employment by the United States.

Respectfully submitted this 13th day of August 2024.

>JASON M. FRIERSON
>United States Attorney
>
>
>*/s/ Patrick A. Rose*
>PATRICK A. ROSE
>Assistant United States Attorney
>
>
>IT IS SO ORDERED:
>
>
>_____
>ANNE R. TRAUM
>UNITED STATES DISTRICT JUDGE
>
>
>DATED: August 19, 2024