BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Director
JOHN ROBINSON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WASHOE COUNTY, a political subdivision of the State of Nevada,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>LOUIS DEJOY, *in his official capacity as Postmaster General of the United States*, and the UNITED STATES POSTAL SERVICE,<br><br>　　　　　Defendants. | Case No. 3:24-cv-00224-ART-CSD<br><br>**Stipulation and Order to Extend Defendants' Answering Deadline**<br><br>**(First Request)** |

　　　　Pursuant to LR IA 6-1, the parties stipulate that Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) will be extended by eight days, from August 27, 2024, to September 4, 2024.  The reasons for this stipulation are that undersigned counsel for Defendants has been traveling last week and this week for depositions in another matter, and a brief extension will allow Defendants adequate time to prepare a response.  This is the first stipulation to extend time for Defendants to answer or otherwise respond to the complaint.

1  IT IS SO STIPULATED.

2  Dated: August 19, 2024               Dated: August 19, 2024

3  CHRISTOPHER J. HICKS                 BRIAN M. BOYNTON
4  Washoe County District Attorney      Principal Deputy Assistant Attorney General

5  LINDSAY L. LIDDELL                   JOSEPH E. BORSON
   Deputy District Attorney             Assistant Director
6

7   /s/ Lindsay L. Liddell              /s/ John Robinson
8  Attorney for Plaintiff               Attorney for Defendants

                                    IT IS SO ORDERED.

                                    _____
                                    United States Magistrate Judge

                                    DATED: August 20, 2024

2