BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Director
JOHN ROBINSON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WASHOE COUNTY, a political subdivision of the State of Nevada, <br><br> Plaintiff, <br><br> v. <br><br> LOUIS DEJOY, *in his official capacity as Postmaster General of the United States*, and the UNITED STATES POSTAL SERVICE, <br><br> Defendants. | Case No. 3:24-cv-00224-ART-CSD <br><br> **Stipulation and Order to Extend Defendants' Answering Deadline** <br><br> **(Second Request)** |

Pursuant to LR IA 6-1, the parties stipulate that Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) will be extended by twenty-six days, from September 4, 2024, to September 30, 2024. The reasons for this stipulation are as follows.

1. On May 28, 2024, Plaintiff filed its Complaint in this matter, alleging, among other things, that the U.S. Postal Service acted *ultra vires* by implementing the network optimization phase of its "Delivering for America" plan without first seeking an advisory opinion from the Postal Regulatory Commission. Plaintiff also challenged the Postal Service's plans to move certain processing operations from Reno to Sacramento. *See* Compl. ¶¶ 68–69.

2. On August 22, 2024, the Postal Service filed a "notice of pre-filing conference" with the Postal Regulatory Commission regarding its intent to seek an advisory

opinion on its plans to transform its processing and transportation networks. *See* Ex. A. Specifically, the Postal Service intends to seek an advisory opinion on its plans to "create a network of Regional Processing and Distribution Centers or Campuses (RPDCs) and Local Processing Centers (LPCs)" and to "implement on a nationwide basis the Regional Transportation Optimization (RTO) initiative." *Id.* at 3. The notice also states that "with respect to the mail processing facility reviews (MPFRS) that the Postal Service conducted in preparation for implementing certain of the changes," which would include the MPFR for the Reno facility, there will be "no additional movement of processing operations associated with these MPFRS . . . until January 2025 at the earliest." *Id.* at 6.

3. The Postal Service intends to hold the pre-filing conference on September 5, 2024, and to file a request for an advisory opinion with the Postal Regulatory Commission shortly thereafter.

4. Additionally, on August 27, 2024, the Postal Service announced that the Reno Postal facility will continue certain local originating mail processing operations. *See* Ex. B. No mail processing operations associated with the Reno facility will move, if at all, until January 2025, at the earliest.

5. In light of these developments, the parties believe that it is in the interest of judicial economy to extend Defendants' answer deadline to September 30, 2024, to allow the parties time to review the Postal Service's request for an advisory opinion and to discuss possible next steps in this case in light of that request.

6. This is the second stipulation to extend time for Defendants to answer or otherwise respond to the complaint.

Dated: August 29, 2024

| | |
|---|---|
| CHRISTOPHER J. HICKS<br>Washoe County District Attorney | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| LINDSAY L. LIDDELL<br>Deputy District Attorney | JOSEPH E. BORSON<br>Assistant Director |
| /s/ Lindsay L. Liddell<br>Attorney for Plaintiff | /s/ John Robinson<br>Attorney for Defendants |

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: August 30, 2024

3