BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Director
JOHN ROBINSON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WASHOE COUNTY, a political subdivision of the State of Nevada,<br><br>　　　　　Plaintiff,<br>　v.<br><br>LOUIS DEJOY, *in his official capacity as Postmaster General of the United States*, and the UNITED STATES POSTAL SERVICE,<br><br>　　　　　Defendants. | Case No. 3:24-cv-00224-ART-CSD<br><br>**Stipulation and Order to Extend Defendants' Answering Deadline**<br><br>**(Third Request)** |

　　　　Pursuant to LR IA 6-1, the parties stipulate that Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) will be extended by twenty-two days, from September 30, 2024, to and including October 22, 2024.  The reasons for this stipulation are as follows.

　　　　1.　　On May 28, 2024, Plaintiff filed its Complaint in this matter, alleging, among other things, that the U.S. Postal Service acted *ultra vires* by implementing the network optimization phase of its "Delivering for America" plan without first seeking an advisory opinion from the Postal Regulatory Commission.  Plaintiff also challenged the Postal Service's plans to move certain processing operations from Reno to Sacramento.  *See* Compl. ¶¶ 68–69.

　　　　2.　　On August 22, 2024, the Postal Service filed a "notice of pre-filing conference" with the Postal Regulatory Commission regarding its intent to seek an advisory

opinion on its plans to transform its processing and transportation networks. Specifically, the Postal Service intends to seek an advisory opinion its plans to "create a network of Regional Processing and Distribution Centers or Campuses (RPDCs) and Local Processing Centers (LPCs)" and to "implement on a nationwide basis the Regional Transportation Optimization (RTO) initiative." *Id.* at 3. The notice also states that "with respect to the mail processing facility reviews (MPFRS) that the Postal Service conducted in preparation for implementing certain of the changes," which would include the MPFR for the Reno facility, there will be "no additional movement of processing operations associated with these MPFRS . . . until January 2025 at the earliest." *Id.* at 6.

3. The Postal Service held a pre-filing conference on September 5, 2024. The Postal Service has not yet, however, filed its request for an advisory opinion.

4. Additionally, on August 27, 2024, the Postal Service announced that the Reno Postal facility will continue certain local originating mail processing operations.

5. In light of these developments, the parties believe that it is in the interest of judicial economy to extend Defendants' answer deadline to and including October 22, 2024, to allow the parties time to review the Postal Service's request for an advisory opinion once it is filed and to discuss possible next steps in this case in light of that request.

6. This is the third stipulation to extend time for Defendants to answer or otherwise respond to the complaint.

IT IS SO STIPULATED.

Dated: September 25, 2024

| | |
|---|---|
| CHRISTOPHER J. HICKS<br>Washoe County District Attorney | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| LINDSAY L. LIDDELL<br>Deputy District Attorney | JOSEPH E. BORSON<br>Assistant Director |
| /s/ Lindsay L. Liddell<br>Attorney for Plaintiff | /s/ John Robinson<br>Attorney for Defendants |

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: September 26, 2024

3