| | |
|---|---|
| 1 | CHRISTOPHER J. HICKS |
| | Washoe County District Attorney |
| 2 | |
| | LINDSAY L. LIDDELL |
| 3 | Deputy District Attorney |
| | Nevada State Bar Number 14079 |
| 4 | One South Sierra Street |
| | Reno, NV 89501 |
| 5 | lliddell@da.washoecounty.gov |
| | (775) 337-5700 |
| 6 | |
| 7 | ATTORNEY FOR WASHOE COUNTY |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

WASHOE COUNTY, a political subdivision of the State of Nevada,

        Plaintiff,

    vs.

LOUIS DEJOY, *in his official capacity as Postmaster General of the United States*, and the UNITED STATES POSTAL SERVICE,

        Defendants.

                                       /

Case No.  3:24-cv-00224-ART-CSD

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Washoe County, by and through its attorney, Lindsay L. Liddell, hereby provides this Court with its Notice of Voluntary Dismissal of this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntarily dismisses this case without prejudice.

    Washoe County is dismissing this action after having reviewed the "United States Postal Service ["USPS"] Request for an Advisory Opinion on Changes in the Nature of Postal Services," filed by USPS in the Postal Regulatory Commission Docket No. N2024-1

//

//

1  on October 4, 2024.[1] In its filing, USPS stated that its plan was adjusted to allow some
2  "Local Processing Centers" to perform certain originating mail operations. USPS
3  previously issued a press stating that the Reno facility will retain certain mail processing
4  operations. Based on USPS's recent request to the Postal Regulatory Commission for an
5  advisory opinion, Washoe County believes it is appropriate to dismiss this action without
6  prejudice.

7  Dated this 21st day of October 2024.

Respectfully submitted,

CHRISTOPHER J. HICKS
District Attorney

By  /s/ Lindsay L. Liddell
LINDSAY L. LIDDELL
Deputy District Attorney
One South Sierra Street
Reno, NV  89501
lliddell@da.washoecounty.gov
(775) 337-5700

ATTORNEY FOR WASHOE COUNTY

---

[1] The Postal Regulatory Commission docket and filings are available at https://prc.arkcase.com/portal/docket-search/advanced/docket-details/6780 (last visited October 20, 2024).

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, the foregoing was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

Patrick A Rose
U.S. Attorney's Office

John Robinson
Department of Justice

Dated this 14th day of August, 2024.

                                       /s/ S. Haldeman
                                       S. Haldeman